[No. 22462-0-I.   Division One.   December 4, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HENRY STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–05011–1, Norman W. Quinn, J., entered June 10, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Winsor, JJ.

[No. 24058-7-I.   Division One.   December 4, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN G. REYNOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89–1–01213–4, Anne L. Ellington, J., entered April 21, 1989. *Reversed* by unpublished per curiam opinion.

[No. 23288-6-I.   Division One.   December 4, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN STANTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–03033–9, Susan R. Agid, J., entered November 1, 1989. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Pekelis and Winsor, JJ.

[No. 20816-1-I.   Division One.   December 4, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER CARL RUDOLPH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–00235–3, Edward Heavey, J., entered July 13, 1987. *Remanded* by unpublished opinion per Grosse, A.C.J., concurred in by Webster, J., Forrest, J., concurring in the result.